UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

                Plaintiff,

vs.

TERRELL LAMAR MCBRIDE

                Defendant.

District No. 2:10-CR-577 GMN RJJ

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 4, 2012 this court received a transcript order form dated January 4, 2012 requesting a Transcript of the hearing held on March 21, 2011 from Mr. Mario D. Valencia, counsel for the Defendant, Terrell Lamar McBride, in which **a portion of the hearing is sealed.**

    **IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant's Counsel.

    **IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of January, 2012.

_____
Gloria M. Navarro
United States District Judge